```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 08 B 09507
    LARRY E BROWN
                                          CHAPTER 13

                                          JUDGE: JACK B SCHMETTERER

           Debtor
    SSN XXX-XX-6485

-------------------------------------------------------------------------------
                   TRUSTEE'S FINAL REPORT AND ACCOUNT
-------------------------------------------------------------------------------
     The case was filed on 04/17/2008 and was not confirmed.

     The case was dismissed without confirmation 08/20/2008.
-------------------------------------------------------------------------------
 CREDITOR NAME              CLASS          CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                             PAID           PAID
-------------------------------------------------------------------------------
 SBC ILLINOIS               UNSECURED       NOT FILED         .00             .00
 OSI/GULF STATE CREDIT      UNSECURED       NOT FILED         .00             .00
 CITY OF COUNTRY CLUB HIL   UNSECURED       NOT FILED         .00             .00
 COMMONWEALTH EDISON        UNSECURED          908.89         .00             .00
 COMCAST                    UNSECURED       NOT FILED         .00             .00
 CREDITORS COLL BUR INC     UNSECURED       NOT FILED         .00             .00
 MONTEREY FINANCIAL         UNSECURED         3011.88         .00             .00
 RMI/MCSI                   UNSECURED         2094.51         .00             .00
 CITY OF COUNTRY CLUB HIL   UNSECURED       NOT FILED         .00             .00
 CITY OF COUNTRY CLUB HIL   UNSECURED       NOT FILED         .00             .00
 CITY OF COUNTRY CLUB HIL   UNSECURED       NOT FILED         .00             .00
 CITY OF COUNTRY CLUB HIL   UNSECURED       NOT FILED         .00             .00
 CITY OF COUNTRY CLUB HIL   UNSECURED       NOT FILED         .00             .00
 CITY OF COUNTRY CLUB HIL   UNSECURED       NOT FILED         .00             .00
 CITY OF COUNTRY CLUB HIL   UNSECURED       NOT FILED         .00             .00
 CITY OF COUNTRY CLUB HIL   UNSECURED       NOT FILED         .00             .00
 CITY OF COUNTRY CLUB HIL   UNSECURED       NOT FILED         .00             .00
 BELINDA BROWN              NOTICE ONLY     NOT FILED         .00             .00
 EMC MORTGAGE               CURRENT MORTG         .00         .00             .00
 EMC MORTGAGE               MORTGAGE ARRE    77304.54         .00             .00
 UMLI/UM CAPITAL LLC        CURRENT MORTG         .00         .00             .00
 UMLI/UM CAPITAL LLC        MORTGAGE ARRE    17897.84         .00             .00
 INTERNAL REVENUE SERVICE   PRIORITY          4999.06         .00             .00
 ROBERT J SEMRAD & ASSOC    DEBTOR ATTY       1,824.00                    1,444.40
 TOM VAUGHN                 TRUSTEE                                         125.60
 DEBTOR REFUND              REFUND                                             .00

        Summary of Receipts and Disbursements:
-------------------------------------------------------------------------------
                         RECEIPTS              DISBURSEMENTS
-------------------------------------------------------------------------------
 TRUSTEE                  1,570.00

 PRIORITY                                             .00

                   PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 08 B 09507 LARRY E BROWN
```

```
SECURED                                                           .00
UNSECURED                                                         .00
ADMINISTRATIVE                                               1,444.40
TRUSTEE COMPENSATION                                           125.60
DEBTOR REFUND                                                     .00
                                  ----------------   ----------------
TOTALS                                   1,570.00           1,570.00
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                   /s/ Tom Vaughn
   Dated: 11/19/08                 _____
                                   TOM VAUGHN
                                   CHAPTER 13 TRUSTEE
```